

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Larry Joe Clowers Jr. v. Kathleen Ann Dawson

Appellate case number:   01-22-00173-CV

Trial court case number: 2018-84453

Trial court:             189th District Court of Harris County

On May 9, 2022, appellant, Larry Joe Clowers Jr., and appellee, Kathleen Ann Dawson, filed a Joint Motion to Abate Appeal for 30 Days to Finalize Settlement. The motion is **granted**. This appeal is **ABATED**, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket **30 days** from the date of this order or upon further order of the Court**.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date: May 19, 2022